No. 859. WEBB v. RAGEN, WARDEN. March 25, 1946. Petition for writ of certiorari to the Circuit Court of Rock Island County, Illinois, denied.

No. 860. WEBB v. ILLINOIS. March 25, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 693. GASKILL ET AL. v. ROTH, TRUSTEE, ET AL. April 1, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *S. L. Winters* for petitioners. *Wymer Dressler, Robert D. Neely, Wm. T. Faricy* and *Nye F. Morehouse* for the Chicago & N. W. R. Co., and *W. C. Fraser* and *V. C. Shuttleworth* for the Order of Railway Conductors et al., respondents.

No. 835. GALLOIS, EXECUTOR, ET AL. v. COMMISSIONER OF INTERNAL REVENUE. April 1, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Clyde C. Sherwood* and *John V. Lewis* for petitioners. *Solicitor General McGrath, Sewall Key, J. Louis Monarch* and *Louise Foster* for respondent.

No. 838. BOSTWICK ET AL. v. BALDWIN DRAINAGE DISTRICT ET AL. April 1, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Thos. B. Adams* for petitioners. *Giles J. Patterson* and *John W. Harrell* for respondents.